UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        CASE NO. 99cr20040

DARRELL LEE EWING                                           DEFENDANT

### O R D E R

Currently before the Court is a motion (doc. 37) by the United States Probation Office to withdraw the petition filed on January 9, 2009 (doc. 31). The Court, being well and sufficiently advised, finds the Motion (doc. 37) should be GRANTED. Accordingly, the petition (doc. 31) is WITHDRAWN and the hearing scheduled for January 4, 2011 at 2:00 p.m. is CANCELED. Finally, Defendant's term of supervised release is TERMINATED. The U.S. District Clerk is directed to provide the U.S. Marshal's Service with a copy of this order.

IT IS SO ORDERED this 4th day of January 2011.

                              /s/ Robert T. Dawson
                              HONORABLE ROBERT T. DAWSON
                              UNITED STATES DISTRICT JUDGE